**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

MICHAEL ROBERT PULIDO,
    *Petitioner-Appellee,*

v.

CHRIS CHRONES,
    *Respondent-Appellant.*

No. 05-15916

D.C. No.
CV-99-04933-CW


MICHAEL ROBERT PULIDO,
    *Petitioner-Appellant,*

v.

CHRIS CHRONES,
    *Respondent-Appellee.*

No. 05-16308

D.C. No.
CV-99-04933-CW

ORDER


Filed June 9, 2009

Before: Alfred T. Goodwin, Diarmuid F. O'Scannlain, and
Sidney R. Thomas, Circuit Judges.

_____

**ORDER**

Petitioner-Appellant's Petition for Reconsideration of Dispositive Order, filed with this court on March 31, 2009 is GRANTED. The Order remanding the case, filed March 20, 2009 is VACATED.

Petitioner-Appellant's Motion to file Supplemental Brief Following Supreme Court Remand, filed March 10, 2009 is GRANTED and Petitioner-Appellant's Supplemental Brief is ordered FILED.

Respondent-Appellant is directed to file a responsive brief to Petitioner-Appellee's Supplemental Brief to address the application of the harmless error standard of *Brecht v. Abrahamson*, 507 U.S. 619 (1993). Respondent-Appellant shall respond within fourteen (14) days of the date of this order, and Respondent-Appellant shall provide this court with ten (10) copies.

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON REUTERS/WEST—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2009 Thomson Reuters/West.